# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEVERLY S. GOULDMAN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner, <br> Social Security Administration, <br><br> Defendant. | Case No. CIV-09-484-RAW |

## **JUDGMENT**

By Order entered this date, this court ordered that this matter be reversed and remanded. It is therefore ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

IT IS SO ORDERED this 16th day of March, 2011.

`Dated this 16`[th] `day of March, 2011.`

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma